## Powell *v.* Rogers, Appellant.

Argued Jan. 21, 1915. Appeal, No. 321, Jan. T., 1914, by defendant, from judgment of C. P. No. 2, Philadelphia Co., March T., 1912, No. 4294, M. L. D., for plaintiff for want of an affidavit of defense, in the case of Alfred S. Powell v. Calvin W. Rogers, Owner or Reputed Owner, and Josephine L. Kennedy, Real Owner. Before MESTREZAT, POTTER, ELKIN, MOSCHZISKER and FRAZER, JJ. Affirmed.

*Edward Hopkinson, Jr.,* and *Abraham M. Beitler,* with them *A. S. Ashbridge, Jr.,* for appellant.

*John Mahn Thissell,* with him *J. Quincy Hunsicker* and *J. Quincy Hunsicker, Jr.,* for appellee.

OPINION BY MR. JUSTICE POTTER, March 8, 1915:

This appeal involves precisely the same questions as those raised in the appeal in Atlantic Terra Cotta Company v. Carson, 248 Pa. 417. That decision necessarily determines this appeal.

The assignments of error are overruled, and the judgment is affirmed.